**Darnell M. CLEATON, Petitioner-Appellant,**

v.

**Harold CLARKE, Director; B.W. Booker, Warden of Green Rock, Respondents-Appellees,**

and

**Unknown, Respondent.**

No. 16-6575

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Darnell M. Cleaton, Appellant Pro Se. Virginia Bidwell Theisen, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell M. Cleaton seeks to appeal the district court's order denying six motions in his pending 28 U.S.C. § 2254 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cleaton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED